IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:13-cr-04007-FJG-1 |
| | ) | |
| Brenda Ann Stacker, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #6 filed on January 23, 2013), to which no objection has been filed, the plea of guilty to the Information which was filed on January 22, 2013, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                 **/s/ Fernando J. Gaitan, Jr.**
                                                 Fernando J. Gaitan, Jr.
                                                 Chief United States District Judge

Dated: February 13, 2013
Kansas City, Missouri